[No. 24893-0-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH D. MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 99-1-00035-6, Joel M. Penoyar, J., entered August 6, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Wang, JJ.

[No. 24622-8-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LEGGIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00110-1, Bryan Edward Chuschcoff, J., entered April 1, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Wang, JJ.

[No. 24406-3-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL LYNN HARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00410-0, Roger A. Bennett, J., entered February 26, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 24853-1-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFIE FRED GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01511-0, Barbara D. Johnson, J., entered July 1, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Wang, JJ.